EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Juan Carlos Ríos Pérez | 2006 TSPR 191 <br><br> 169 DPR _____ |

Número del Caso: TS-8594


Fecha: 22 de diciembre de 2006


Abogadas de la Parte Peticionaria:

                    Lcda. Carmen I. Navas
                    Lcda. Carmen D. Irizarry

Oficina del Procurador General:

                    Lcda. Rosana Márquez Valencia
                    Procuradora General Auxiliar

Oficina de Inspección de Notarías:

                    Lcda. Carmen H. Carlos
                    Directora


Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Juan Carlos Ríos Pérez                      TS-8594


RESOLUCIÓN


San Juan, Puerto Rico, a 22 de diciembre de 2006.


        Examinada la "Moción en Cumplimiento con Resolución de 24 de octubre de 2006 y Orden de Mostrar Causa" presentada en este caso, se ordena la reinstalación a la práctica de la profesión de Juan Carlos Ríos Pérez.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. Las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez no intervinieron.


                            Dimarie Alicea Lozada
                    Secretaria del Tribunal Supremo Interina